STATE OF NEW JERSEY v. STEPHEN HAWTHORNE.

December 11, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY SMITH.

December 11, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT P. SICALIDES.

December 11, 1973. Petition for certification denied.

IN THE MATTER OF INVESTIGATION REGARDING RING-
WOOD FACT FINDING COMMITTEE, Re VIOLATION OF
N. J. S. A. 19:34-38.1.

December 11, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. THOMAS BRIGGS.

December 11, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. McCAULEY.

December 11, 1973. Petition for certification denied.